**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTIAN LE MAI, an individual,

Plaintiff,

v.

RTX CORPORATION, a Delaware corporation, doing business as RAYTHEON COMPANY and formerly known as RAYTHEON TECHNOLOGIES CORP.; PATRICIA HOUSE, an individual; SARAH Beck, an individual; and DOES 1 through 25, inclusive,

Defendants.

No. 2:26-CV-5881-JAK (AYPx)

**ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL TABLES AND REDLINE FAC IN CONNECTION WITH ECF. NO. 18**

**(DKT. 21)**

Based on a review of Plaintiff's Ex Parte Application for Leave to File Supplemental Tables and Redline FAC in Connection with ECF. No. 18, (the "Application" (Dkt. 21)), and Defendant's Opposition to the Application (Dkt. 22), sufficient good cause has been shown for the requested relief. Therefore, the Application is **GRANTED**, as follows:

1. On or before October 16, 2026, Plaintiff shall file and serve a supplement that includes only the following: (1) the Motion to Remand Action to State Court; or, In the Alternative, Leave to Amend ("Motion") with a complete table of contents and table of authorities; (2) a complete, accurate redline comparing the proposed FAC (Dkt. 18-2), with the operative Complaint. Plaintiff shall file a declaration confirming that the submitted redline accurately reflects the proposed FAC that was previously submitted; and (3) an unmarked copy of the FAC.

2. The supplemental submission shall not include any arguments or new evidence.

3. On or before October 21, 2026, Defendants may file a sur-reply addressing the supplemental submission. Defendant is not required to file a sur-reply.

4. The November 2, 2026 hearing on the Motion remains on calendar.

**IT IS SO ORDERED.**

Dated: October 14, 2026

John A. Kronstadt
United States District Judge