**GOOD GUSTAFSON AUMAIS LLP**
Christopher T. Aumais, Esq. (SBN 249901)
Ryan Gustafson, Esq. (SBN 220802)
2330 Westwood Boulevard, Suite 103
Los Angeles, California 90064
Phone: 310-274-4663
Fax: (310) 846-8938
Email: cta@ggallp.com
Email: jrg@ggallp.com
Email: service@ggallp.com

**MORROW LAW GROUP INC**
Gregory J. Morrow, Esq. (SBN 153224)
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Phone: 310-894-9149
Email: gregory.j.morrow@hotmail.com

*Attorneys for Plaintiff Christian Le Mai*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTIAN LE MAI, an individual,
Plaintiff,
v.
RTX CORPORATION, a Delaware corporation, doing business as RAYTHEON COMPANY and formerly known as RAYTHEON TECHNOLOGIES CORP.; PATRICIA HOUSE, an individual; SARAH Beck, an individual; and DOES 1 through 25, inclusive,
Defendants.

**CASE NO. 2:26-cv-05881-JAK-AYP**

**(Los Angeles Superior Court Case No.: 26STCV13100)**

**SUPPLEMENTAL DECLARATION OF GREGORY J. MORROW, ESQ. REGARDING REDLINE AND UNMARKED PROPOSED FIRST AMENDED COMPLAINT PURSUANT TO OCTOBER 14, 2026 ORDER (DKT. 23)**

Hearing On Underlying Motion:
Date: November 2, 2026
Time: 8:30 a.m.
Room: 10C
Judge: Honorable John A. Kronstadt

[Filed concurrently with Plaintiff's Motion to Remand Action, Redline FAC, Unmarked FAC]

GOOD GUSTAFSON AUMAIS LLP

# DECLARATION OF GREGORY J. MORROW, ESQ.

I, **GREGORY J. MORROW, ESQ.**, do hereby declare as follows:

1. I am an attorney licensed to practice law before all courts of the State of California, the Principal Partner with the MORROW LAW GROUP INC., and counsel for Plaintiff CHRISTIAN LE MAI ("Plaintiff").

2. I have personal knowledge of the facts stated herein and could and will testify competently to the same if called as a witness. I submit this Supplemental Declaration pursuant to the Court's October 14, 2026 Order (Dkt. 23), in connection with Plaintiff's Motion to Remand Action to State Court; or, in the Alternative, Leave to Amend and File Plaintiff's First Amended Complaint ("Motion") (Dkt. 18).

3. On September 14, 2026, Plaintiff submitted his proposed First Amended Complaint ("proposed FAC") in connection with the Motion, including the unmarked proposed FAC identified on the docket as Dkt. 18-2. The Court's October 14, 2026 Order requires a complete, accurate redline comparing that proposed FAC with the operative Complaint, an unmarked copy of the proposed FAC, and a declaration confirming that the submitted redline accurately reflects the proposed FAC that was previously submitted.

4. I have reviewed the concurrently submitted redline against the operative Complaint and the proposed FAC previously submitted at Dkt. 18-2. The submitted redline accurately reflects the proposed FAC that was previously submitted, subject to the express clarification concerning Exhibits A and B in paragraphs 5 and 6

GOOD GUSTAFSON AUMAIS LLP

below. The redline identifies the proposed changes to the operative Complaint; it does not propose any additional changes to the allegations, causes of action, or prayer for relief beyond those contained in the previously submitted proposed FAC.

5. When the proposed FAC was assembled for submission with the Motion, Exhibits A and B were inadvertently omitted from the submitted copy. Those exhibits were attached to the operative Complaint and were already expressly referenced in the text of the proposed FAC. Exhibit A consists of the California Civil Rights Department complaint and related notices, including the April 14, 2026 Notice of Case Closure and Right to Sue. Exhibit B is the August 7, 2024 letter from Plaintiff's former counsel, Dina L. Nguyen, concerning a request for evaluation of the manager's actions and mitigation of their impact.

6. The concurrently submitted redline and unmarked proposed FAC include those same Exhibits A and B, unchanged from the exhibits attached to the operative Complaint. I expressly disclose their restoration because they were not physically included with Dkt. 18-2. Their inclusion does not revise the text of the previously submitted proposed FAC or add any exhibit that was not already part of the operative Complaint.

7. The concurrently submitted unmarked proposed FAC corresponds to the proposed FAC reflected in the redline, including the restored Exhibits A and B described above. This declaration is limited to confirming the accuracy of the redline and explaining the omitted attachments; it does not offer any additional argument on

the merits of the Motion or additional evidence concerning Plaintiff's underlying claims.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 14th day of October, 2026, at Los Angeles, California.

*/s/ Gregory J. Morrow*

Gregory J. Morrow, Esq.

GOOD GUSTAFSON AUMAIS LLP