**GOOD GUSTAFSON AUMAIS LLP**
Christopher T. Aumais, Esq. (SBN 249901)
Ryan Gustafson, Esq. (SBN 220802)
2330 Westwood Boulevard, Suite 103
Los Angeles, California 90064
Phone: 310-274-4663
Fax: (310) 846-8938
Email: cta@ggallp.com
Email: jrg@ggallp.com
Email: service@ggallp.com

**MORROW LAW GROUP INC**
Gregory J. Morrow, Esq. (SBN 153224)
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Phone: 310-894-9149
Email: gregory.j.morrow@hotmail.com

*Attorneys for Plaintiff Christian Le Mai*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTIAN LE MAI, an individual,
Plaintiff,
v.
RTX CORPORATION, a Delaware corporation, doing business as RAYTHEON COMPANY and formerly known as RAYTHEON TECHNOLOGIES CORP.; PATRICIA HOUSE, an individual; SARAH Beck, an individual; and DOES 1 through 25, inclusive,
Defendants.

**CASE NO. 2:26-cv-05881-JAK-AYP**

**(Los Angeles Superior Court Case No.: 26STCV13100)**

**PROOF OF SERVICE OF PLAINTIFF'S SUPPLEMENTAL SUBMISSION PURSUANT TO OCTOBER 14, 2026 ORDER (DKT. 23)**



GOOD GUSTAFSON AUMAIS LLP

GOOD GUSTAFSON AUMAIS LLP

## PROOF OF SERVICE

I, **Gregory J. Morrow**, declare:

I am over the age of eighteen years and am not a party to this action. My business address is 1801 Century Park East, Suite 2400, Los Angeles, California 90067. My email address is gregory.j.morrow@hotmail.com.

On **October 15, 2026**, I served true and correct copies of the following documents:

1. **NOTICE OF MOTION AND MOTION TO REMAND ACTION TO STATE COURT; OR, IN THE ALTERNATIVE, LEAVE TO AMEND AND FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**, with complete table of contents and table of authorities;

2. **REDLINE COMPARING THE OPERATIVE COMPLAINT WITH PLAINTIFF'S PROPOSED FIRST AMENDED COMPLAINT**, including Exhibits A and B;

3. **UNMARKED [PROPOSED] FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**, including Exhibits A and B; and
4. **SUPPLEMENTAL DECLARATION OF GREGORY J. MORROW, ESQ. REGARDING REDLINE AND UNMARKED PROPOSED FIRST AMENDED COMPLAINT PURSUANT TO OCTOBER 14, 2026 ORDER (DKT. 23)**.

**BY ELECTRONIC SERVICE THROUGH CM/ECF:** I electronically filed the above-listed documents with the Clerk of the United States District Court for the Central District of California using the Court's CM/ECF system. The system generated a Notice of Electronic Filing transmitting notice of, and electronic access to, those documents to Defendants' registered counsel identified below, as reflected in the Notice of Electronic Filing:

**David A. Garcia**
**OGLETREE DEAKINS**
Park Tower
695 Town Center Drive, Fifteenth Floor
Costa Mesa, California 92626
Telephone: 714-800-7982
Email: david.garcia@ogletree.com
*Counsel for Defendants RTX Corporation and Patricia House*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 15th day of October, 2026, at Los Angeles, California.

__*/s/ Gregory J. Morrow*___
Gregory J. Morrow, Esq.

GOOD GUSTAFSON AUMAIS LLP