UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-05881-JAK-AYPx | Date | November 2, 2026 |
| Title | Christian Le Mai v. RTX Corporation, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Valerie Savla |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Gregory Morrow | David Garcia |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND CASE (DKT. NOS. 18, 24)**

The hearing on Plaintiff's Motion to Remand; Or In the Alternative, Leave to Amend, Dkt. 18 ("Motion") is held. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION,** and a ruling will be issued.

**IT IS SO ORDERED.**

: 37

Initials of Preparer mal